**Stephen BABINEAUX, Plaintiff,**

**v.**

**McBROOM RIG BUILDING SERVICE, INC., and North River Insurance Company, Intervenors-Appellees,**

**v.**

**READING & BATES DRILLING COMPANY, Defendant-Appellant.**

No. 85–4886.

United States Court of Appeals,
Fifth Circuit.

May 12, 1987.

Cliffe E. Laborde, III, Dean Anderson Cole, LaBorde & LaFargue, Lafayette, La., for defendant-appellant.

James Huey Gibson, Arthur I. Robison, Allen, Gooch, Bourgeois, Breaux & Robi-

son, Lafayette, La., for No. River Ins. Co. & McBroom.

## ON CONSIDERATION OF PETITION FOR REHEARING

(Opinion January 7, 1987, 5th Cir.1987, 806 F.2d 1282)

Before GARZA, DAVIS and JONES, Circuit Judges.

PER CURIAM:

On petition for rehearing we held the mandate in this case, *Babineaux v. McBroom*, 811 F.2d 852 (5th Cir.1987), pending receipt of the recently released decision of the Louisiana Supreme Court in *Meloy v. Conoco*, 504 So.2d 833 (La.1987). The Louisiana Supreme Court's decision in *Meloy* is consistent with our original opinion in this case, *Babineaux v. McBroom*, 806 F.2d 1282 (5th Cir.1987), and the clerk is therefore directed to issue the mandate forthwith.